UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __15-1444__    Caption: __Renee L. McCray v. Federal Home Loan Mortgage Corporation, et al.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Federal Home Loan Mortgage Corporation (Freddie Mac)__
(name of party/amicus)

who is _____Appellee_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  [✓] YES [ ] NO

2. Does party/amicus have any parent corporations?  [ ] YES [✓] NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   However, see attached investor FAQ.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  [ ] YES [✓] NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s/ Michael S. Barranco (#04036)     Date: January 5, 2016

Counsel for: Federal Home Loan Mortgage Corp.

## CERTIFICATE OF SERVICE
**************************

I certify that on ___January 5, 2016___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Renee L. McCray  
109 Edgewood Street  
Baltimore, MD 21229

Robert H. Hillman, Esq.  
Samuel I. White, PC  
611 Rockville Pike, Suite 100  
Rockville, MD 20850

/s/ Michael S. Barranco (#04036)     January 5, 2016
(signature)     (date)

# Investor FAQ

1. What is the corporation's legal name?
2. When was Freddie Mac incorporated?
3. Where is Freddie Mac located?
4. When did Freddie Mac first become a public company?
5. On which exchange is Freddie Mac common stock traded? What is the ticker symbol?
6. Is Freddie Mac a government agency?
7. Who regulates Freddie Mac?
8. How does Freddie Mac differ from Fannie Mae and Ginnie Mae?
9. What are Freddie Mac's principal businesses?
10. Does Freddie Mac file quarterly and annual reports with the SEC?
11. Who is Freddie Mac's auditor?
12. Does Freddie Mac pay dividends?
13. Who do I contact regarding change of address or lost stock certificates?
14. When has Freddie Mac's common stock split?
15. How do I contact Freddie Mac's Investor Relations?

### 1. What is the corporation's legal name?

Under Freddie Mac's Congressional charter, the corporation's official name is Federal Home Loan Mortgage Corporation. However, the Board of Directors has authorized the corporation to conduct business as Freddie Mac.

### 2. When was Freddie Mac incorporated?

Freddie Mac is a federally chartered corporation created by Congress on July 24, 1970.

### 3. Where is Freddie Mac located?

The company's corporate headquarters is located in McLean, VA. Freddie Mac also operates five regional offices in Atlanta, Chicago, Dallas, Los Angeles and New York.

### 4. When did Freddie Mac first become a public company?

On January 3, 1989, Freddie Mac stock was converted into a class of stock that could be owned and traded by all investors. (Prior to that date, ownership of the stock was limited by its terms to financial institutions and a small number of other parties.) On August 9, 1989, Congress amended Freddie Mac's charter to convert this class of stock into Voting Common Stock, granting its holders the right to elect 13 directors of the Company. The Voting Common Stock and its predecessors were listed on the New York Stock Exchange from 1984 through July 7, 2010, and began trading exclusively on the over-the-counter (OTC) market since July 8, 2010.

### 5. On which exchange is Freddie Mac common stock traded? What is the ticker symbol?

Beginning on July 8, 2010, Freddie Mac common stock is exclusively traded on the OTC market.

The ticker symbol is FMCC.

### 6. Is Freddie Mac a government agency?

No. Freddie Mac was chartered by Congress as a private company serving a public purpose. On September 6, 2008, the Director of the Federal Housing Finance Agency (FHFA), appointed FHFA as conservator of Freddie Mac. As conservator, FHFA has all rights, titles, powers, and privileges of Freddie Mac, and of any stockholder, officer, or director of Freddie Mac with respect to Freddie Mac and its assets; and title to the books, records and assets of Freddie Mac. In connection with the appointment of FHFA as conservator, Freddie Mac and the U.S. Department of the Treasury have entered into a Senior Preferred Stock Purchase Agreement. As part of the agreement, Freddie

Mac has issued senior preferred stock to Treasury, together with a warrant for the purchase of common stock representing 79.9% of Freddie Mac's common stock.

### 7. Who regulates Freddie Mac?

Freddie Mac's regulator is the Federal Housing Finance Agency (FHFA). FHFA was established in 2008 as an independent government agency responsible for oversight of the operations of Freddie Mac, Fannie Mae and the Federal Home Loan Banks. In addition, the U.S. Department of Housing and Urban Development has fair housing authority over Freddie Mac.

### 8. How does Freddie Mac differ from Fannie Mae and Ginnie Mae?

Freddie Mac and Fannie Mae have substantially similar charters, Congressional mandates, and regulatory structures. Both Freddie Mac and Fannie Mae are publicly traded corporations. Ginnie Mae is a government-owned corporation within the U.S. Department of Housing and Urban Development that guarantees mortgage-backed securities backed by federally insured or guaranteed loans. Unlike Freddie Mac and Fannie Mae, Ginnie Mae does not purchase mortgages from lenders, nor does it buy, sell, or issue securities.

### 9. What are Freddie Mac's principal businesses?

Freddie Mac supports liquidity and stability in the secondary mortgage market through two principal lines of business. Our credit guarantee business purchases residential mortgages and mortgage-related securities in the secondary mortgage market, securitizes these mortgages and subsequently sells them to investors as mortgage-backed securities. We also have a portfolio investment business that purchases mortgages for our mortgage-related investments portfolio.

### 10. Does Freddie Mac file quarterly and annual reports with the SEC?

On July 18, 2008, Freddie Mac registered its common stock with the Securities and Exchange Commission (SEC) under the Securities Exchange Act of 1934. Freddie Mac files its period financial disclosure documents with the SEC via the SEC's Electronic Data Gathering, Analysis, and Retrieval (EDGAR) system.

Prior to Freddie Mac's voluntary registration of its common stock with the SEC on July 18, 2008, Freddie Mac did not file financial reports with the SEC and instead prepared Annual Information Statements and Quarterly Information Statement Supplements in lieu of Forms 10-K and 10-Q, respectively, which are available from the company's Investor Relations Department or on-line at Freddie Mac's website.

### 11. Who is Freddie Mac's auditor?

PricewaterhouseCoopers LLP (PwC) has been our auditor since March 6, 2002.

### 12. Does Freddie Mac pay dividends?

As announced by FHFA Director, James Lockhart, on September 7, 2008, all future common and preferred stock dividends would be eliminated, other than dividends on the senior preferred stock issued to the U.S. Department of the Treasury. Historical dividends can be found in the Summary of Dividends [PDF].

### 13. Who do I contact regarding change of address or lost stock certificates?

Inquiries concerning change of address, account status and lost stock certificates should be directed to Freddie Mac's transfer agent:

Computershare Trust Company, N.A.
Re: Freddie Mac
P.O. Box 43081
Providence, RI 02940-3081
(781) 575-2879

Web Site: www.computershare.com

### 14. When has Freddie Mac's common stock split?

Freddie Mac has had two common stock splits. The Board of Directors authorized a 3-for-1 stock split effective April 9, 1992 and a 4-for-1 stock split effective January 13, 1997.

### 15. How do I contact Freddie Mac's Investor Relations?

If you are a **shareholder** and you have questions regarding Freddie Mac, please contact our Investor Relations group at (571) 382-4732, by email at shareholder@freddiemac.com, or by mail at 1551 Park Run Drive, MS D5F, McLean, VA 22102-3110.

If you are an investor in Freddie Mac **debt products** and you have questions regarding Freddie Mac, please contact our Debt Investor Relations group at (571) 382-3700 or (888) 882-6275, by email at debt_securities@freddiemac.com, or by mail at 1551 Park Run Drive, MS D40, McLean, VA 22102-3110.

If you are an investor in Freddie Mac **mortgage-backed securities** and you have questions regarding Freddie Mac, please call (800) 336-3672 or email investor_inquiry@freddiemac.com.

© 2016 Freddie Mac